IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOHNNY OVERSTREET, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 112-086 |
| ) | |
| WILLIAM DANFORTH, Warden, and ) | |
| SAMUEL OLENS, Attorney General of the ) | |
| State of Georgia, ) | |
| ) | |
| Respondents. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Attorney General's motion to dismiss is **GRANTED**, (doc. no. 15), and the Attorney General is **DISMISSED** from this case.

SO ORDERED this 8th day of August, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA