IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY OVERSTREET, JR., | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. CV1:12-86 |
| | ) | |
| WILLIAM DANFORTH, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

## ORDER

The judgment of this Court having been reversed and remanded by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 29th day of February, 2016.

_____
JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA