IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY OVERSTREET, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 112-086 |
| | ) | |
| WILLIAM DANFORTH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

---

### WRIT OF HABEAS CORPUS

---

The judgment of this Court in the above-styled case having been reversed by the United States Court of Appeals for the Eleventh Circuit, and this cause having been remanded to this Court, with instructions, in accordance with the opinion of the Eleventh Circuit,

**IT IS HEREBY ORDERED** that Petitioner's kidnapping convictions, counts 2, 10, 17, and 26, are **VACATED**.

The **CLERK** shall **CLOSE** this case.

SO ORDERED this _15_ day of March, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA